## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Douglas H. Dehn,                                          Civil No. 07-2006 (DWF/SRN)

          Petitioner,

v.                                                                                    **ORDER**

State of Minnesota,

          Respondent.

---

Douglas H. Dehn, *Pro Se*, Petitioner.

Peter R. Marker, Assistant Attorney General, Minnesota Attorney General's Office, counsel for Respondent.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated May 1, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

    1.    Petitioner's application for a writ of habeas corpus, (Doc. No. 1), is **DENIED**; and

    2.    This action is summarily **DISMISSED WITH PREJUDICE**.

Dated: June 20, 2007　　　　　s/Donovan W. Frank
　　　　　　　　　　　　　　　DONOVAN W. FRANK
　　　　　　　　　　　　　　　Judge of United States District Court
　　　　　　　　　　　　　　　United States District Court Judge